**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

JAMES TONEY,

      Plaintiff,

v.                                                                                                  CASE NO. 2:10-CV-529-FtM-36DNF

DECH CORP. a Florida Profit Corporation
doing business as The Deck, CHRISTINE
BEATTY, individually,

      Defendants.
_____/

**ORDER**

      **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on July 28, 2011 (Dkt. 52), recommending that the Court grant the Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, for Dismissal of the Action With Prejudice (Dkt. 40) and approve the Settlement Agreement (Dkt. 42, Ex. A). The Magistrate Judge also recommends that the Court deny the Motion to Reopen Proceedings (Dkt. 47) and the Renewed Motion to Approve Settlement, or in the Alternative, to Reopen Litigation and Enlarge the Discovery and Dispositive Motions Deadlines (Dkt. 50). Finally, the Magistrate Judge recommends that the Court dismiss this action with prejudice and close the file. No party filed an objection to the Report and Recommendation, and the time to do so has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and

reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 52) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, for Dismissal of the Action With Prejudice (Dkt. 40) is **GRANTED**. The Settlement Agreement (Dkt. 42, Ex. A) is **APPROVED,** as it constitutes a fair and reasonable resolution of this action..

3) The Motion to Reopen Proceedings (Dkt. 47) and the Renewed Motion to Approve Settlement, or in the Alternative, to Reopen Litigation and Enlarge the Discovery and Dispositive Motions Deadlines (Dkt. 50) are **DENIED**.

4) This case is **DISMISSED**, with prejudice.

5) The Clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 12, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD